**Richard Willard KAY, Appellant,**

v.

**UNITED STATES of America, Appellee.**

**No. 12654.**

United States Court of Appeals
Sixth Circuit.

May 4, 1956.

Before SIMONS, Chief Judge, and McALLISTER and STEWART, Circuit Judges.

PER CURIAM.

The order appealed from is vacated and the case remanded to the district court, in accordance with the opinion of this court in Kay v. United States of America, 233 F.2d 442.